CRAIG J. MARIAM (SBN: 11061)
cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 49-9095
Facsimile: (208) 957-5704

Attorneys for Plaintiff
KOCHAVA, INC.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## NORTHERN (COEUR D'ALENE) DIVISION

| | |
|---|---|
| KOCHAVA, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00349<br><br>**KOCHAVA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Kochava, Inc. has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 12, 2022　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　　By:　*/s/ Craig J. Mariam*
　　　　　　　　　　　　　　　　　　Craig J. Mariam
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　KOCHAVA, INC.