AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| KOCHAVA INC., <br><br> *Plaintiff(s)* <br> v. <br> FEDERAL TRADE COMMISSION <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-00349 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Trade Commission
c/o: Main Address
600 Pennsylvania Ave., NW
Washington, DC 20580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig Mariam
State Bar: #11061
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, Suite 100
Boise, ID  83702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 15, 2022



**United States Courts
District of Idaho

ISSUED

*Anne Copas
on Aug 15, 2022 10:26 am***